Of Counsel:

BAYS LUNG ROSE & VOSS

DAVID R. MAJOR 9194-0
dmajor@legalhawaii.com
Attorney at Law
A Law Corporation
GRANT FASI ALLISON 10368-0
gallison@legalhawaii.com
JAI W. KEEP-BARNES 10787-0
jkeep-barnes@legalhawaii.com
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

Attorneys for Defendants/Cross-Claimants
ASSOCIATION OF APARTMENT OWNERS
OF PEARL RIDGE GARDENS AND PEARL RIDGE
TOWERS, by and through Its Board of Directors

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIA T. MCCLINTOCK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF PEARL RIDGE GARDENS AND PEARL RIDGE TOWERS, by and through Its Board of Directors, KAPONO F.H. KIAKONA, and PORTER MCGUIRE KIAKONA & CHOW, LLP,<br><br>　　　　　Defendants. | CASE NO. 1:19-cv-00465-LEK-RT (Wrongful Foreclosure)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CLAIMS AND ORDER<br><br><br><br><br><br>Judge: Honorable Leslie E. Kobayashi<br>Trial Date: Vacated |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CLAIMS AND ORDER

Plaintiff MARIA T. MCCLINTOCK ("Plaintiff"), Defendant/Cross-Claimant ASSOCIATION OF APARTMENT OWNERS OF PEARL RIDGE GARDENS AND PEARL RIDGE TOWERS, by and through Its Board of Directors ("AOAO"), and Defendants/Cross-Claim Defendants KAPONO F.H. KIAKONA ("Kiakona") and PORTER MCGUIRE KIAKONA & CHOW, LLP ("PMK"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

2. All of Plaintiff's claims asserted against Defendants AOAO, Kiakona, and PMK in this action, including, but not limited to, Plaintiff's claims asserted in her Complaint, filed September 11, 2019, are hereby dismissed with prejudice.

3. All of Defendant/Cross-Claimant AOAO's claims asserted against Defendants/Cross-Claim Defendants Kiakona and PMK in this action, including, but not limited to, the AOAO's claims asserted in its Cross-Claim, filed July 21, 2020, are hereby dismissed with prejudice.

4. There are no remaining claims or parties.

5. This Stipulation is signed by counsel for all parties that have appeared in this action.

6. Each party to bear its or his own attorneys' fees and costs.

7. Trial has been vacated on May 6, 2021 [Dkt. No. 61].

DATED: Honolulu, Hawaii, November 29, 2021.

/s/ Timothy Ho
STEVEN K.S. CHUNG
TIMOTHY E. HO

Attorneys for Plaintiff
MARIA T. MCCLINTOCK

/s/ Jai Keep-Barnes
DAVID R. MAJOR
GRANT FASI ALLISON
JAI W. KEEP-BARNES

Attorneys for Defendant/Cross-Claimant
ASSOCIATION OF APARTMENT OWNERS OF PEARL RIDGE GARDENS AND PEARL RIDGE TOWERS, by and through Its Board of Directors

---

*Maria T. McClintock vs. Association of Apartment Owners of Pearl Ridge Gardens and Pearl Ridge Towers, by and through its Board of Directors, et al.*; Civil No. 19-00465-LEK-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CLAIMS AND ORDER

/s/ Duane Miyashiro
DUANE R. MIYASHIRO

Attorney for Defendants/Cross-Claim Defendants
KAPONO F.H. KIAKONA and PORTER
McGUIRE KIAKONA & CHOW, LLP

APPROVED AS TO FORM AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Maria T. McClintock vs. Association of Apartment Owners of Pearl Ridge Gardens and Pearl Ridge Towers, by and through its Board of Directors, et al.*; Civil No. 19-00465-LEK-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CLAIMS AND ORDER